# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1093**                    **September Term, 2022**

**PRC-9401**

**Filed On:** August 3, 2023

Richard Orville Torp,

       Petitioner

    v.

Postal Regulatory Commission,

       Respondent


**BEFORE:**    Wilkins, Walker, and Pan, Circuit Judges

## O R D E R

Upon consideration of the motion to dismiss, the opposition and the supplement thereto, the reply, and the surreply, which the court construes as including a motion for leave to file a surreply, it is

**ORDERED** that the motion for leave to file a surreply be granted. The Clerk is directed to file the lodged surreply. It is

**FURTHER ORDERED** that the motion to dismiss be granted. A petition for review of a Postal Regulatory Commission ("PRC") order must be filed "within 30 days after" the order becomes final. 39 U.S.C. § 3663. Petitioner has not shown that his petition was filed within 30 days after any final PRC order. Accordingly, this court lacks jurisdiction. Id.; see also W. Union Telegraph Co. v. FCC, 773 F.2d 375, 378 (D.C. Cir. 1985). The dismissal of the petition for review is without prejudice to the filing of a timely petition for review within 30 days after the issuance of a final order or decision of the PRC. See W. Union Telegraph, 773 F.2d at 380 (stating that prematurely filed petition does not prevent petitioner from later filing timely petition); see also Bennett v. Spear, 520 U.S. 154, 177-78 (1997) (agency action is final if it (1) "mark[s] the consummation of the agency's decisionmaking process" and is "not of a merely tentative or interlocutory nature" and (2) is an action "by which rights or obligations have been determined, or from which legal consequences will flow") (internal quotation marks omitted); In re: Torp, PRC Dkt. No. C2023-2, Order 6497 at 9-10 (May 3, 2023) (dismissing administrative complaint without prejudice and stating that it did not "foreclose the possibility of [petitioner] bringing other facts to light that might contribute to a legitimate claim").

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 23-1093**                                   **September Term, 2022**

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**<u>Per Curiam</u>**